UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JIANG,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>L3HARRIS TECHNOLOGIES, INC,<br><br>　　　　　　Defendant. | Case No. 21-cv-03494-JST<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: ECF No. 26 |

　　　The mediator has filed a certification stating that mediation is complete and that this case has settled. ECF No. 26. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

　　　This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 90 days of the date of this order.

　　　**IT IS SO ORDERED**.

Dated: May 23, 2022



JON S. TIGAR
United States District Judge